UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEDRICK ALEXANDER d/b/a XTRA LOGISTIC CARRIERS, | § § § § | CIVIL ACTION NO 4:23-cv-02300 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ALL AROUND FREIGHT and ON THE GO TRUCKING, Defendants. | § § § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Shedrick Alexander d/b/a Xtra Logistic Carriers proceeds here *pro se*. He brought this action asserting claims of breach of contract against Defendants All Around Freight & On the Go Trucking. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated July 25, 2023. Dkt 5. She recommends that the complaint be dismissed under Federal Rule of Civil Procedure 12(h)(3) because the Court lacks subject matter jurisdiction over the case.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 5.

This case is DISMISSED WITHOUT PREJUDICE to refiling in a forum of competent jurisdiction.

A final judgment will issue separately.

SO ORDERED.

Signed on October 11, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge